IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| EDWARD GALLARZA, | Civil Action No. 7:05-CV-00084 |
| Petitioner, | |
| v. | **FINAL ORDER** |
| UNITED STATES OF AMERICA, | |
| | By: Samuel G. Wilson |
| Respondent. | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that the above referenced motion pursuant to 28 U.S.C. § 2255 is hereby **DISMISSED**. This action is stricken from the active docket of this court.

Gallarza is advised that he may appeal this decision pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure by filing a notice of appeal with this court within 60 days of the date of entry of the Order, or within such extended period as the court may grant pursuant to Rule 4(a)(5).

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and counsel for the respondent.

ENTER: This 14th day of July, 2005

UNITED STATES DISTRICT JUDGE